IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DAISHAWN KING,                )
                              )
     Plaintiff,               )
                              )       CIVIL ACTION NO.
     v.                       )         2:23cv272-MHT
                              )              (WO)
BLAKE TURMAN, et al.,         )
                              )
     Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 21st day of July, 2023.**

                                      **/s/ Myron H. Thompson**
                               **UNITED STATES DISTRICT JUDGE**